Generated: May 25, 2023 9:10AM

Page 1/1



# U.S. District Court

## Texas Western - El Paso

Marvin C. Ruth  
2800 N. Central Ave.  
Suite 1900  
Phoenix, AZ 85004

Receipt Date: May 25, 2023 9:10AM

Rcpt. No: 1308    Trans. Date: May 25, 2023 9:10AM    Cashier ID: #LL

| CD  | Purpose      | Case/Party/Defendant                                     | Qty | Price  | Amt    |
|-----|--------------|----------------------------------------------------------|-----|--------|--------|
| 111 | Pro Hac Vice | DTXW523LB000000 /001 EXECUTIVE OFFICE OF THE CLERK USDC | 1   | 100.00 | 100.00 |

| CD | Tender |         |            | Amt      |
|----|--------|---------|------------|----------|
| CH | Check  | #32243  | 05/23/2023 | $100.00  |

Total Due Prior to Payment: $100.00  
Total Tendered: $100.00  
Total Cash Received: $0.00  
Cash Change Amount: $0.00

**Comments**: Pro Hac Vice EP:22-cr-0606-KC Marvin Ruth

Clerk, U.S. District Court - El Paso Division - 525 Magoffin Avenue, Suite 105, El Paso, TX 79901 - (915) 534-6725 - www.txwd.uscourts.gov